B 2500A (Form 2500A) (12/15)

United States Bankruptcy Court

# Western District of Virginia

| | | | |
|---|---|---|---|
| In re: Sarah K McMillion<br>Debtor | ) ) ) ) ) | Case No.<br><br>Chapter | 23-61016<br><br>7 |
| Sarah K McMillion<br>Plaintiff<br><br>v.<br><br>Nelnet Servicing, LLC<br>t/a Firstmark Services<br>and<br>Splash Financial, Inc.<br>Defendant | ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. | 23-06027 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of clerk:   James W. Reynolds, Clerk of Court
U. S. Bankruptcy Court
210 Church Ave, SW
Roanoke, VA 24011

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   Suad Bektic
New Day Legal
20 B John Marshall St.
Warrenton, VA 20186

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The motion or answer to the complaint shall contain a statement that the defendant does or does not consent to entry of final orders or judgment by the bankruptcy court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

James W. Reynolds (Clerk of the Bankruptcy Court)

By: /s/Ginger Rose
(Deputy Clerk)

Date:   December 21, 2023

B 2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __John Morgan__ (name), certify that service of this summons and a copy of the complaint was made __Dec. 22, 2023__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

*See attachment*

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __12/22/23__    Signature __John C. Morgan__

Print Name: __John C. Morgan__

Business Address: __20 B John Marshall Street__
__Warrenton, VA 20186__

## Services

*Mailed via regular mail on 12/22/2023 to the following five (5) addresses:

Nelnet Servicing, LLC
121 South 13th St., Suite 201
Lincoln, NE 68508

        Serve Registered Agent: CT Corporation System
                              4701 Cox Road, Suite 285
                              Glen Allen, VA 23060-6808

Splash Financial, Inc.
812 Huron Rd. E, Suite 350
Cleveland, OH 44115-1135

and

121 South 13th Street
Lincoln, NE 68508

        Serve Registered Agent: Cogency Global Inc.
                              c/o Philip L. McDaniel
                              250 Browns Hill Court
                              Midlothian, VA 23114-9510